### Elizabeth G. Alexander *v.* Kyle Alexander
### (8946)

Spallone, O'Connell and Cretella, Js.
Argued December 5—decision released December 12, 1990

*Kimberly A. Knox,* with whom was *Alexandra Davis* and, on the brief, *Susan M. Cormier,* for the appellant (plaintiff).

*Peter L. Truebner,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.

### Willie D. Owens *v.* Ronald Bray
### (9089)

Spallone, O'Connell and Cretella, Js.
Argued December 5—decision released December 12, 1990

*Warren P. Joblin,* for the appellant (defendant).

*Eric L. Reinken,* with whom, on the brief, was *Bruce D. Koffsky,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.